| | | | |
|---|---|---|---|
| Com. v. Wloczewski | 12/16/2015583 MAL (2015) | Denied | Pa.Super., 122 A.3d 1148 |
| Com. v. Woods . . . . . | 12/16/2015612 MAL (2015) | Denied | Pa.Super., 125 A.3d 451 |
| Com. v. Yarsunas . . . | 12/16/2015453 MAL (2015) | Denied | Pa.Super., 122 A.3d 446 |
| Com. v. Zamichieli | 12/02/2015441 EAL (2015) | Denied | Pa.Super., 122 A.3d 1135 |
| Com. v. Zayas . . . . . . | 12/07/2015558 EAL (2015) | Denied | Pa.Super., 131 A.3d 95 |
| Crock v. Craig. . . . . . | 12/01/2015375 WAL (2015) | Denied | Pa.Super., 125 A.3d 450 |
| D.E.G. v. R.A.G. . . . . | 12/01/2015768 MAL (2015) | Denied | Pa.Super., 133 A.3d 65 |
| Fitness Essentials, L.L.C. v. Nill . . . . . | 12/11/2015345 WAL (2015) | Denied | Pa.Super., 122 A.3d 1121 |
| Guarnieri v. Guardian Warranty Corp. . . . . . . . . . . . . | 12/16/2015458 MAL (2015) | Denied | Pa.Super., 122 A.3d 1120 |
| Estate of Jackson v. Jackson . . . . . . . . . . | 12/16/2015300 WAL (2015) | Denied | Pa.Super., 122 A.3d 1147 |
| K.J., In re . . . . . . . . . . | 12/01/2015573 MAL (2015) | Denied | Pa.Super., 125 A.3d 449 |
| L.S. v. J.R. . . . . . . . . . | 12/07/2015613 EAL (2015) | Denied | No. 1239 EDA 2015 |
| N.G. v. C.G. . . . . . . . . | 12/01/2015792 MAL (2015) | Denied | Pa.Super., 133 A.3d 66 |